**E-FILED ON** 12/11/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERGIO PONCE,<br><br>    Petitioner,<br><br>    v.<br><br>SILVIA GARCIA, Warden, Calipatria State Prison, THOMAS L. CAREY, Warden, California State Prison, Solano,<br><br>    Respondents. | No. C-01-21081 RMW<br><br>ORDER GRANTING MOTION OF COLLEEN M. ROHAN TO WITHDRAW AS ATTORNEY OF RECORD FOR PETITIONER; DENYING REQUEST FOR APPOINTMENT OF COUNSEL<br><br>[Re Docket No. 29, 30] |

    Colleen M. Rohan moves for permission to withdraw as counsel for petitioner Sergio Ponce. According to Rohan, her agreement with Ponce was only to represent him in district court proceedings for his petition. The court has denied the petition and Rohan has prepared and filed on his behalf a notice of appeal and an application for a certificate of appealability. Nothing further remains to be done at the district court level. Rohan also reports that since June 2005 she has been lead defense counsel in a case before the International Criminal Tribunal for the Former Yugoslavia, *Prosecutor v. Trbic*, IT-05-88-PT, and presently resides in the Hague, Netherlands, where this court is located. Given these circumstances, Rohan's motion to withdraw as counsel is granted.

    Ponce, who reports that he is aware that Rohan has left the country and that he lacks funds to hire another attorney, requests that the court appoint the Federal Public Defender to represent him on

1  appeal. Whether to appoint counsel for appeal is a matter within the purview of the Ninth Circuit;
2  Ponce's request is denied without prejudice to presentation to the Ninth Circuit.

**NOTICE TO PETITIONER SERGIO PONCE**

You are hereby notified that Colleen M. Rohan will no longer be representing you in the above-captioned matter. The court needs to know how to contact you. If you do not keep the court and other parties informed of your current address, they will not be able to send you notice of actions that might affect you, including actions that may adversely affect your interests or result in you losing the case. The last known address of respondents' counsel is:

> California Attorney General's Office
> 455 Golden Gate Avenue, Suite 11000
> San Francisco, CA 94102

If you fail to keep the court informed of your current address, or if any order from the court mailed to the address which the court has on file for you is returned to the court as undeliverable, the court may find that you have abandoned your lawsuit and it will be dismissed. Petitioner is hereby informed that: (1) he may prosecute his action *pro se* or through another attorney; (2) he retains all the obligations of a litigant; and (3) failure to respond to actions from the court or opposing counsel may lead to dismissal of the case.

DATED:   12/11/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION OF COLLEEN M. ROHAN TO WITHDRAW AS ATTORNEY OF RECORD FOR PETITIONER; DENYING REQUEST FOR APPOINTMENT OF COUNSEL—C-01-21081 RMW
2

**Notice of this document was electronically sent on**   12/11/06   **to:**

**Counsel for Plaintiff:**

Colleen M. Rohan          crohan@attglobal.net

**Counsel for Defendants:**

Morris Beatus[1]          morris.beatus@doj.ca.gov

**A copy of this order was also mailed on** _____ **to:**

**Counsel for Petitioner:**

Colleen M. Rohan
1442A Walnut Street, P.M.B. No. 45
Berkeley, CA 94709

**Petitioner:**

Sergio Ponce, P-13400
CSP-Solano, 12-215
P.O. Box 4000
Vacaville, CA 95696-4000

**Counsel for Respondent:**

Bill Lockyer; Robert R. Anderson; Gerald A. Engler; Gregory A. Ott; Peggy Ruffra
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

---

[1] The court is aware that the attorney primarily responsible for representing respondents was elevated to the Alameda County Superior Court over a year ago.

ORDER GRANTING MOTION OF COLLEEN M. ROHAN TO WITHDRAW AS ATTORNEY OF RECORD FOR PETITIONER; DENYING REQUEST FOR APPOINTMENT OF COUNSEL—C-01-21081 RMW
3