**E-FILED ON** 12/11/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERGIO PONCE, | No. C-01-21081 RMW |
| Petitioner, | ORDER DENYING PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY |
| v. | |
| SILVIA GARCIA, Warden, Calipatria State Prison, THOMAS L. CAREY, Warden, California State Prison, Solano, | [Re Docket No. 28] |
| Respondents. | |

Sergio Ponce, who is in the custody of the State of California pursuant to his conviction for first-degree murder, petitioned for a writ of habeas corpus under 28 U.S.C. § 2254. On September 7, 2006 the court denied the petition on the merits and entered judgment in favor of respondents. On October 5, 2006, petitioner filed a notice of appeal and an application for a certificate of appealability. For the reasons set forth below, the court denies the application.

### DISCUSSION

A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal). *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28

U.S.C. § 2253(c)(2).  The certificate must indicate which issues satisfy this standard.  *See* § 2253(c)(3).

"Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  *Slack v. McDaniel*, 120 S. Ct. 1595, 1604 (2000).

Except for substituting "constitutional" for "federal," section 2253(c)(2) codified the standard announced by the Supreme Court in *Barefoot v. Estelle*, 463 U.S. 880, 892-93 (1983).  *Slack*, 120 S. Ct. at 1603.  In *Barefoot*, the court explained that "a substantial showing of the denial of [a] federal right" means that a petitioner "must demonstrate that the issues are debatable among jurists of reason; that a court *could* resolve the issues [in a different manner], or that the questions are adequate to deserve encouragement to proceed further."  *Barefoot*, 463 U.S. at 893 n.4 (citations and internal quotations omitted; emphasis in original).  Any doubts about whether the *Barefoot* standard has been met must be resolved in petitioner's favor.  *Lambright v. Stewart*, 220 F.3d 1022, 1024-25 (9th Cir. 2000).

Ponce requests a certificate of appealability as to the issue of whether the evidence against him was sufficient to sustain his conviction for first-degree murder.  Given that to succeed on this claim Ponce must show that no rational trier of fact could have found him guilty beyond a reasonable doubt, *see Jackson v. Virginia*, 443 U.S. 307, 324 (1979), Ponce's claim is not one that is reasonably debatable.  Ponce is therefore not entitled to a certificate of appealability.

**ORDER**

Ponce's application for a certificate of appealability is denied.  The clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit (from which petitioner may also seek a certificate of appealability.)  *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997); Fed. R. App. P. 22(b).

DATED:     12/11/06

RONALD M. WHYTE
United States District Judge

**Notice of this document was electronically sent on** ___12/11/06___ **to:**

**Counsel for Plaintiff:**

Colleen M. Rohan          crohan@attglobal.net

**Counsel for Defendants:**

Morris Beatus[1]          morris.beatus@doj.ca.gov

**A copy of this order was also mailed on** _____ **to:**

**Counsel for Petitioner:**

Colleen M. Rohan
1442A Walnut Street, P.M.B. No. 45
Berkeley, CA 94709

**Petitioner:**

Sergio Ponce, P-13400
CSP-Solano, 12-215
P.O. Box 4000
Vacaville, CA 95696-4000

**Counsel for Respondent:**

Bill Lockyer; Robert R. Anderson; Gerald A. Engler; Gregory A. Ott; Peggy Ruffra
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

---

[1] The court is aware that the attorney primarily responsible for representing respondents was elevated to the Alameda County Superior Court over a year ago.

ORDER DENYING PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY—C-01-21081 RMW
3